UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DIONYSSIOS DIAKAKIS,**

    **Plaintiff,**

v.                                Case No: 6:04-cv-1516-Orl-31KRS

**CITY OF COCOA BEACH,**

    **Defendant.**
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT & REMAND CASE TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff, Dionyssios Diakakis, files the instant Motion to Amend Complaint and Remand Case to State Court for Lack of Subject Matter Jurisdiction. On August 26, 2004, Plaintiff filed a complaint against Defendant, City of Cocoa Beach, in the Circuit Court for the Eighteenth Judicial Circuit In and For Brevard County, Florida claiming whistleblower retaliation under Florida Statutes, Section 112.3187 and retaliation under the Family and Medical Leave Act, 29 U.S.C. §§2601-2654 ("FMLA"). On October 14, 2004, Defendant removed Plaintiff's Complaint to the Federal District Court for the Middle District of Florida based on federal question jurisdiction stemming from Plaintiff's FMLA claims.

The parties engaged in written discovery. As a result of the information gathered during written discovery, Plaintiff is withdrawing his FMLA claims against Defendant. The counts in Plaintiff's Amended Complaint solely concern Plaintiff's whistleblower claims against Defendant under Florida law (i.e., Florida Statutes, Section 112.3187).

Plaintiff respectfully requests that the Court grant him leave to amend his Complaint and file an Amended Complaint.

If the Court grants Plaintiff's Motion for Leave to Amend Complaint, the Court will no longer have subject jurisdiction over this cause of action. The parties are not diverse and there are no federal questions which need to be resolved. Under these circumstances, Plaintiff respectfully requests that the Court remand Plaintiff's Amended Complaint to state court for further processing.

Pursuant to Federal Rule of Civil Procedure 15(a), on April 13, 2005, undersigned counsel sent Plaintiff's Amended Complaint to Defendant's Counsel, Douglas T. Noah, Esquire. Undersigned counsel asked Defendant's counsel whether the Defendant consented or objected to Plaintiff's Motion to Amend Complaint. Plaintiff has not received a reply. Under these circumstances, the instant Motion for Leave to Amend Complaint is necessary.

WHEREFORE, for the reasons stated above, which constitute good cause, Plaintiff respectfully requests that the Court GRANT Plaintiff's Motion for Leave to Amend Complaint and GRANT Plaintiff's Motion to the Remand Amended Complaint to state court for further processing.

DATED this 25th day of April, 2005.

_Daniel A. Perez_
Daniel A. Perez, Esquire
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the original of the foregoing was filed with the Court by using the CM/ECF system, which will send a notice of electronic filing to Defendant, c/o Douglas T. Noah, Esquire, Dean, Ringers, Morgan & Lawton, P.A., Capital Plaza 1, Suite 1200, 201 East Pine Street, P.O. Box 2928, Orlando, FL 32802 on this 25th day of April, 2005.

          ALLEN & TRENT, P.A.

          */s/ Daniel A. Perez*
          Wayne L. Allen, Esquire
          Florida Bar No. 0110025
          Adrienne E. Trent, Esquire
          Florida Bar No. 0060119
          Daniel A. Perez, Esquire
          Florida Bar No. 426903
          Attorneys for Plaintiff
          700 N. Wickham Road, Suite 107
          Melbourne, Florida 32935
          Phone: (321) 254-7550
          Fax: (321) 242-1681