**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DIONYSSIOS DIAKAKIS,**

       **Plaintiff,**

**-vs-**                                        **Case No. 6:04-cv-1516-Orl-31KRS**

**CITY OF COCOA BEACH,**

       **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff Dionyssios Diakakis's Motion to Amend Complaint and Remand Case (Doc. 17) and Defendant City of Cocoa Beach's Response (Doc. 19) thereto. Upon review of the parties' filings, and finding that the Plaintiff's Motion is unopposed, it is hereby

**ORDERED** that the Plaintiff's Motion (Doc. 17) is **GRANTED**. Plaintiff's Complaint (Doc. 3) is **AMENDED** to drop his federal claim, and this case is **REMANDED** to state court. The Clerk is directed to close the file after completing any remand procedures.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 12, 2005.

                                                                      GREGORY A. PRESNELL
                                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party